## CERTIFICATE OF SERVICE

      I, Eva S. Engelhart, hereby certify that a true and correct copy of the foregoing Notice of Intention to Abandon has been served upon all parties in interest of this estate as listed on the attached list by First Class U.S. Mail, Postage Prepaid or Electronic Mail, on the 6th day of June, 2023.

      /S:/ EVA S. ENGELHART
      Eva S. Engelhart

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0541-4<br>Case 22-33675<br>Southern District of Texas<br>Houston<br>Tue Jun  6 09:11:19 CDT 2023 | Bridgecrest Acceptance Corporation, c/o AIS<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Capital One Auto Finance, a division of Capi<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| JPMorgan Chase Bank, N.A.<br>14841 Dallas Parkway, Suite 425<br>Dallas, TX 75254-8067 | PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 | 4<br>United States Bankruptcy Court<br>PO Box 61010<br>Houston, TX 77208-1010 |
| Bridgecrest Auto Finance<br>7300 E Hampton Ave 101<br>Mesa, AZ 85209-3324 | Bridgecrest Auto Finance<br>7300 E. Hampton Ave. #101<br>Mesa, AZ 85209-3324 | Capital One Auto Finance<br>7933 Preston Rd<br>Plano, TX 75024-2302 |
| Capital One Auto Finance, a division of Capi<br>P.O. Box 4360<br>Houston, TX 77210-4360 | (p)CARMAX AUTO FINANCE<br>225 CHASTAIN MEADOWS CT<br>KENNESAW GA 30144-5942 | Carvana, LLC / Bridgecrest c/o AIS Portfolio<br>PO Box 4138<br>Houston, TX 77210-4138 |
| (p)JPMORGAN CHASE BANK  N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 | Collector of Taxes<br>P.O. BOX 50<br>Stamford, CT 06904-0050 | INTERNAL REVENUE SERVICE<br>P O Box 7346<br>Philadelphia PA 19101-7346 |
| Internal Revenue Service<br>Attn: Centralized Insolvency Operation<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346 | Internal Revenue Services<br>Attn: Centralized Insolvency Operation<br>Post Office Box 7346<br>Philadelphia, PA 19101-7346 | LVNV Funding, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| Lending Club<br>595 Market Club<br>Ste 200<br>San Francisco, CA 94105-2802 | NY DMV<br>DRA Processing Center<br>State Office Building<br>Utica, NY 13503 | NYS DMV Counsel's Office<br>6 Empire State Plaza<br>Room 522A<br>Albany, NY 12228-0001 |
| Navy Federal Credit Union<br>P.O. Box 3000<br>Merrifield, VA 22119-3000 | Santander Consumer USA Inc.<br>P.O. Box 560284<br>Dallas, TX 75356-0284 | Skyline at Midtown<br>707 Saulnier St<br>Houston, TX 77019-1422 |
| US Trustee<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002-2604 | Andre L Lewis<br>707 Saulnier St<br>#1202<br>Houston, TX 77019-1427 | Eva S Engelhart<br>Ross Banks May Cron and Cavin PC<br>7700 San Felipe<br>Suite 550<br>Houston, TX 77063-1618 |

            The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
            by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| CarMax Auto Finance dba CarMax Business Serv<br>225 Chastain Meadows Court,<br>Suite 210<br>Kennesaw, GA 30144 | (d)Carmax Auto Finance<br>225 Chastain Meadows CT<br>Kennesaw, GA 30144 | Chase Auto Finace<br>14800 Frye Rd<br>Fort Worth, TX 76155 |
| (d)Chase Auto Finance<br>14800 Frye Rd<br>Fort Worth, TX 76155 | (d)JPMorgan Chase Bank, N.A.<br>National Bankruptcy Department<br>P.O Box 29505 AZ1-5757<br>Phoenix AZ 85038-9505 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)Capital One Auto Finance<br>7933 Preston Road<br>Plano, TX 75024-2302 | (d)Navy Federal Credit Union<br>PO Box 3000<br>Merrifield, VA 22119-3000 | (d)PRA Receivables Management, LLC<br>PO Box 41021<br>Norfolk, VA 23541-1021 |

End of Label Matrix
Mailable recipients    26
Bypassed recipients     3
Total                  29